When Recorded Return to:

⇨03923-049⇨

    Sovereign Edward Lewis Brown
    P.O. Box 6000
    Federal Correctional Institution
    FCI Gilmer
    Glenville, WV 26351
    United States

    Declaration of Political Status of Edward Lewis Brown: Private American

"Indeed, no more than (an Affidavit) is necessary to make the prima facie case."
    United States v. Kis, 658 F.2d, 526, 536 (7th Cir., 1981);
    Certiori Denied, 50 U.S.L.W. 2169; S.Ct. March 22, 1982
In judicio non creditor nisi juratis. (In a trial, credence is given only to those who are sworn.)
    Maxim: "Equity regards as done that which ought to have been done."

NOTICE TO PRINCIPAL IS NOTICE TO AGENT; NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### CERTIFICATION

Comes now, Edward Lewis Brown, your Declarant, being over the age of majority, compentent to testify, and having firsthand knowledge of the subject matter, certifies/affirms the following to be true, correct, materially complete and not misleading to the best of my knowledge and belief.

1. Declarant is a living being. The flesh lives; the blood flows. I demand remedy as a living Man, and I require to be treated by all government agencies as a living Man, one of the free inhabitants on America.
2. I see no evidence that I have abdicated my status as one of the Posterity of the People of the United States by accepting the inferior position of a sub-servient public U.S. citizen, and I believe no such evidence exists.
3. Declarant answers to the Christian name of "Edward Lewis" and the sur name "Brown."
4. Declarant was born on the Land of America as a free inhabitant, a private, non-citizen national.
5. Declarant can find no evidence that the government is greater than its creators, or that the government has authority to regulate and control the People, or that any government agent, including judges, have the authority to make any determinations of Declarant's political status, and believe no such evidence exists.
6. Declarant is the sole owner of the artificial entity/estate known as "EDWARD LEWIS BROWN" or any other derivation thereof, such as "BROWN, EDWARD LEWIS," "Edward L. Brown," etc., and can find no evidence of the government's right to use said names, or to administer Declarant's estate, and believes no such evidence exists.
7. Declarant **denies** being the **Trustee** or **Surety** for said **EDWARD LEWIS BROWN artificial entity**, and believes no evidence exists to the contrary.

Declaration of Status page 1 of 3

8. Self determination is every man's right, and it is a political issue, not a judicial issue. The government must present proof it has **gained Political Jurisdiction** over me without violating the 13th Amendment; AND, the government must prove it acquired such proof before any underlying charges were lodged. The burden of proof is on the government, **NOT on me!**

9. The 13th Amendment's prohibition of involuntary servitude prevents any level of government of this Federation from declaring any person born here to be designated as being a citizen of the United States due to such birth, or to be in any way subject to any of the several levels of political government created on this land.

10. Declarant Notices: There are two classes of people in this country, the People and the citizens. All people are born free, but through deceitful and fraudulent indoctrination centers known as public schools, the people are falsely taught they are citizens, and are instructed they must do certain things, and comply with rules and regulation, and laws which are, by their very nature, voluntary, and by such compliance said people are converted from free People to citizen subjects. However, fraud vitiates all such agreements.

11. Declarant is unaware of any evidence that he/she is a party to any valid contract with any government agency or department which was entered into knowingly, willingly, voluntarily, with full disclosure, without trickery or deceit, wherein lawful consideration was received, both parties signed, both parties were equal parties to the contract, and which is a lawful contract under common law being backed by lawful specie, and believes no such evidence exists.

12. Declarant reserves his/her right to the common law, and further reserves his/her right not to be compelled to specifically perform to the terms of any unrevealed commercial agreement he did not enter into knowingly, willingly, voluntarily, and intentionally, with full disclosure of all rights being waived, and Declarant does not accept the liability associated with the compelled benefit of any unrevealed contract or commercial agreement.

13. Declarant notices that all codes define the "person" who is subject to the codes, and <u>Declarant is unable to find even one state or federal code that names a Living Man as the "person" subject to the code.</u>

14. Declarant has not knowingly, willingly, volunarily, or intentionally waived ANY of my UN-A-LIEN-ABLE Natural God-given Rights and/or ANY of my Civil Rights as secured by the Constitution for the united states of America and the laws pursuant thereto, and have utterly NO intention of doing so in the future.

<u>-Constitution for the united states of America-</u>
"We the People of the united states, in order to form a more perfect union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the united states of America."

15. Declarant, Edward Lewis Brown, acting in the capacity as "<u>Grantee</u>" using the "<u>Power of Acceptance</u>" hereby <u>ACCEPT</u> from my forefathers this <u>presentment/ offer to contract</u> and <u>establish myself</u>, as one of the <u>Posterity</u>, to be one of "<u>We the People</u>," a free Man living on the Land on America.

Declaration of Status page 2 of 3

16. Declarant can find no evidence proving Declarant is subject to the legislature and/or congress created Statues Codes (the private copyrighted by-laws of the "UNITED STATES" corporation), or that Declarant can be made subject to any of the laws, rules and regulations created by said legislature or congress, and believes no such evidence exists.
17. Declarant notices government officials laugh at the ideas the People are not subject to government codes, rules and regulations.
18. Declarant, being a creation of Almighty God, is subject only to the laws of God. I serve God, not government, and I am instructed and required not to allow any other god to come before Him.
19. <u>I adjure all government officials, agents and actors to cease and desist their impersonations of God.</u>

"The only thing necessary for Evil to triump is for good men/women to do nothing."
--Edmund Burke 1729-1797.

"We the People are the rightful masters of both Congress and the Courts, not to overthrow the Constitution, but to overthrow the men who prevert the Constitution."
--Abraham Lincoln--

Further, Declarant sayeth naught.

### NOTICE TO RESPOND

**Notice** is given to any and all who may have evidence of rebuttal, to rebut this Declaration by Affidavit or Declaration of your own, sworn under penalty of perjury, within 10 days or be collaterally estopped from proceeding against Declarant. It is prima facie evidence that everybody stipulates to this Declaration if they do not rebut it. My fee for proceeding with any matter which would prejudice my Rights, in the absence of a rebuttal by sworn affidavit or declaration, with supporting evidence to the contrary, is $10,000.00 per day, payable by the plaintiff and his attorney.
   I tell the truth, but I will swear no oaths according to the laws of God. Executed nunc pro tunc to.

(seal) By: *Brown, Edward Lewis*
...Edward Lewis Brown, Non-negotiable autograph
All Rights Reserved
c/o Temporary Mail location:
Non-assumpsit/TDC:
c/o ⇨03923-049⇨
Sovereign Edward Lewis Brown
P.O. Box 6000
Federal Correctional Institution
FCI Gilmer
Glenville, WV 26351
United States

Right Thumb Print

Date: March 19, 2018
   Affirmed

Certified Return Mail Receipt #_____
# 7017 2400 0000 5516 5203

Declaration of Status page 3 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Pamela E. Phelan, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

June 25, 2014

Mr. Edward Brown
#03923-049
FCI Cumberland
PO Box 1000
Cumberland, MD   21501

Dear Mr. Brown:

This is to acknowledge receipt of your undated letter which was received by the Clerk's Office on June 23, 2014.

As requested, enclosed are the instructions and necessary forms to file an in forma pauperis application with this court.

With regards to obtaining copies of your docket sheets, I found the following cases which reference the following names:

- Edward Brown
- Edward Lewis Brown
- Edward-Lewis Brown
- Edward L. Brown.

They are as follows:

| Case Number/Name | Type | Number of Billable Pages at $.50 Per Page | Cost to Purchase |
|---|---|---|---|
| 1:04-mj-123-01-JM, USA v. Half Hollow Dental Center | **Magistrate Case:** Application for Search Warrant | 2 pages | $1.00 |
| 1:05-cv-125-SM, Brown, et al v. Colantuono, et al | **Civil Case:** Notice of Removal from Grafton County Superior Court, 05-C-033 | 2 pages | $.1.00 |
| 1:06-cr-71-02-SM, USA v. Brown, et al | **Criminal Case** | 43 pages | $21.50 |
| 1:07-cv-197-SM, Ambort v. USA | **Civil Case:** Petition for Writ of Habeas Corpus - 28 U.S.C. § 2241 | 2 pages | $1.00 |

## Ecclesiastical Deed Poll

_____

Per Curiam Divina

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as __Edward Lewis__ of the Clann __Brown__, hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this instrument make Our status clear, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to Us without delay;

and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust __Brown__ Clann __Edward Lewis__ and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance, and

7. There are no further misunderstandings of the three crowns.

Daniel J. Lynch Clerk of Court 55 PLEASANT STREET Room 110
UNITED STATES DISTRICT COURT CONCORD NEW HAMPSHIRE
03301-3941

Mr. Edward Brown
Page 2
June 25, 2014

| Case Number/Name | Type | Number of Billable Pages at $.50 Per Page | Cost to Purchase |
|---|---|---|---|
| 1:08-cv-19-SM, Brown v. USA | **Civil Case:** Motion to Vacate/Correct Illegal Sentence - 28 U.S.C. § 2255 | 2 page | $1.00 |
| 1:09-cr-30-01-GZS, USA v. Brown | **Criminal Case** | 49 pages | $24.50 |
| 1:11-cv-567-GZS, USA v. Brown | **Civil Case:** Suit to Enforce Federal Tax Lien | 8 pages | $4.00 |

The cost of photocopies is $.50 per page. If you also need a docket sheet certified, there is an additional fee of $11.00 per certification. The court accepts cash, certified bank checks and money orders. No personal checks are accepted. If paying by bank check or money order, it should be made payable to the "Clerk, US District Court."

Very truly yours,

DANIEL J. LYNCH
CLERK

By *(signature)*
Janice Boucher
Deputy Clerk

jeb

Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA,        )
                                 )
                                 )
v.                               )
                                 )
                                 ) Docket no. 1:09-CR-30-GZS
EDWARD BROWN & ELAINE BROWN,     )
                                 )
                                 )
         Defendants.             )
                                 )

### ORDER ON JURY QUESTIONNAIRES

The Clerk of Court shall copy for the parties the juror questionnaires that were returned for jury selection in this case and make those copies available to the parties at 9:00 a.m. on June 8, 2009. The Court ORDERS the following with respect to the juror questionnaires:

(1) Mr. Lange, Standby Counsel for Elaine Brown, and Mr. Iacopino, Standby Counsel for Edward Brown, shall review all of the juror questionnaires with their respective defendants and, to the extent necessary, educate Mr. and Mrs. Brown regarding the process for exercising reasonable challenges at jury selection;

(2) Each counsel who receives a copy of the questionnaires shall retain possession of all juror questionnaires at all times; further, pursuant to Local Rule 47.1, those persons shall not disclose information the jurors provided therein;

(3) There shall be no reproduction, mechanical or manual of the information contained in any of the juror questionnaires;

(4) Counsel and Standby Counsel shall return to the Clerk of Court all juror questionnaires after jury selection is completed; and

(5) Counsel and the Defendants shall be prepared to discuss at the June 23, 2009 final pretrial conference any potential jurors who should be struck for cause based on the information contained in the juror questionnaires.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 13th day of May, 2009.

## Ecclesiastical Deed Poll

Per Curiam Divina

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as _Edward Lewis_ of the Clann _Brown_, hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this instrument make Our status clear, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to Us without delay;

and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust _Brown_ Clann _Edward Lewis_ and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance, and

7. There are no further misunderstandings of the three crowns.

_George Z Singal   United States District Judge_
_UNITED STATES DISTRICT COURT   55 PLEASANT STREET Room 110_
_CONCORD NEW HAMPSHIRE 03301-_

**Other Orders/Judgments**

1:09-cr-00030-GZS USA v. Brown et al

DES-OUT, JLrecused, MAJOR, ME-OUT, PBrecused, SMrecused

Include Mailing Labels ☑
Include NEF ☑
Select a Printer
Clerk_HP_4300_BackOffice

[Print Labels]

U.S. District Court

District of New Hampshire

Notice of Electronic Filing

The following transaction was entered on 5/13/2009 at 2:25 PM EDT and filed on 5/13/2009
Case Name:      USA v. Brown et al
Case Number:    1:09-cr-30
Filer:
Document Number: 75

Docket Text:
ORDER ON JURY QUESTIONNAIRES as to Edward Brown, Elaine Brown. Copies of questionnaires to be available to the parties at 9 AM on June 8, 2009. Questionnaires to be handled as outlined. So Ordered by Judge George Z. Singal. (dae)


1:09-cr-30-1 Notice has been electronically mailed to:

Arnold H. Huftalen     arnold.huftalen@usdoj.gov, carol.kremidas@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Michael J. Iacopino     miacopino@bclilaw.com, cmunroe@bclilaw.com

Terry L. Ollila     terry.ollila@usdoj.gov, christine.true@usdoj.gov, dena.blanco@usdoj.gov

1:09-cr-30-1 Notice, to the extent appropriate, must be delivered conventionally to:

Edward Brown
Strafford County House of Corrections
266 County Farm Rd
Dover, NH 03820

1:09-cr-30-2 Notice has been electronically mailed to:

Arnold H. Huftalen     arnold.huftalen@usdoj.gov, carol.kremidas@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

Bjorn R. Lange    bjorn_lange@fd.org, Dawn_Renzetti@fd.org, Elizabeth_Sousa@fd.org

Terry L. Ollila    terry.ollila@usdoj.gov, christine.true@usdoj.gov, dena.blanco@usdoj.gov

1:09-cr-30-2 Notice, to the extent appropriate, must be delivered conventionally to:

Elaine Brown
Strafford County House of Corrections
266 County Farm Rd
Dover, NH 03820

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1045603718 [Date=5/13/2009] [FileNumber=573004-0]
[444397036c705e05dd15cda2306d76b1447ca90dcd746e7f2bc7055762b1f12ed082
3c5f89d218f7e44c9e26c108a55d38dd6df27fb7b0f389b0639eb10a0786]]

## Ecclesiastical Deed Poll

U.S. DISTRICT COURT
DISTRICT OF NH
FILED
2018 MAR 27 A 10:57

_____

Per Curiam Divina

We, the Divine Immortal Spirit, expressed in Trust, to the Living Flesh known as __Edward Lewis__ of the Clann __Brown__, hereby give life and personality to this sacred irrevocable deed through Our seal in blood and agreement to the conveyance and terms pronounced herein:

1. While We have expressed in Trust Our real property and while no consent has been given, nor protest otherwise made that such conveyance is unlawful, We bring attention to Our Mistake of fact by failing to give proper notice of our competent living status; and

2. As our actions and this instrument make Our status clear, any temporary testamentary trust, cestui que vie or derivative thereof formed upon such errors of presumption as Our abandonment, loss, death or incompetence must be immediately dissolved, including a full account provided to Us without delay;

and

3. To ensure no further mistakes are made by any party, we give further notice that all acts in commerce or law We engage as surety of Our Trust __Brown__ Clann __Edward Lewis__ and kindly ask you to update your records; and

4. Furthermore, We gratefully decline any offer of coercive or punitive Benefits from any and all Estates which you and your colleagues administer. As a result, any charges sent to us by mistake will be duly returned to you for discharge in accordance with the law; and

5. As We have given proper notice that We have ceased any further injury, you acknowledge that no further demands, debts or actions shall be issued against Us in claiming injury as surety to the property you administer; and

6. Receipt of this Deed Poll is your acknowledgement and acceptance, and

7. There are no further misunderstandings of the three crowns.

George Z. Singal   United States District Judge
UNITED STATES DISTRICT COURT   55 PLEASANT STREET Room 110
CONCORD NEW HAMPSHIRE, 03301-

AO 245B (Rev. 09/08) Judgment in a Criminal Case - Sheet 1

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

# United States District Court
## District of New Hampshire

JAN 11 2010

**FILED**

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Offenses Committed On or After November 1, 1987) |
| v. | Case Number: **09-cr-30-01-GZS** |
| **EDWARD BROWN** | Michael J. Iacopino, Esq. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[ ] pleaded guilty to count(s): _.
[ ] pleaded nolo contendere to count(s) _ which was accepted by the court.
[x] was found guilty on count(s) **1, 2, 3, 5, 7, 9, 10 of the Indictment** after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number(s)** |
|---|---|---|---|
| See next page. | | | |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _ and is discharged as to such count(s).

[ ] Count(s) dismissed on motion of the United States: _.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

$700.00

January 11, 2010
Date of Imposition of Judgment

*(signature)*
Signature of Judicial Officer

**GEORGE Z. SINGAL**
**United States District Judge**
Name & Title of Judicial Officer

1/11/10
Date

*Handwritten notes:* Called 2/5/14 12:50 AM
will call back
603-226-7732
owes 700.00



03923-049
 Row, Sovereign Edward Lewis B[...]
P.O. Box 6000
Federal Correctional Institu[...]
FCI Gilmer
Glenville, WV 26351
United States

CERTIFIED MAIL

7017 2400 0000 5516 5203

Charleston P&DC 253
MAR 2018

RETURN RECEIPT REQUESTED

POSTAGE DUE

B2-122
Rec A&C

Lawful!

03923-049
Daniel J Lynch Clerk
55 Pleasant ST
U.S. District Court N.H.
Concord, NH 03301
United States

Legal!!